# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MILDRED CROWDER, as Personal
Representative of the Estate of
Timothy Johnson, Deceased                                    PLAINTIFF

v.                          No. 3:18-cv-131-DPM

CITY OF MANILA, ARKANSAS;
and JARED CAMP and JACKIE
HILL, Individually                                          DEFENDANTS

## JUDGMENT

All state claims are dismissed without prejudice. All federal claims are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 January 2019