IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MILDRED CROWDER, as Personal
Representative of the Estate of
Timothy Johnson, Deceased                                    PLAINTIFF

v.                          No. 3:18-cv-131-DPM

CITY OF MANILA, ARKANSAS;
and JARED CAMP and JACKIE
HILL, Individually                                          DEFENDANTS

## ORDER

Crowder has moved for more time to appeal. Defendants do not oppose the extension. This timely motion, № 23, is granted for good cause. Any notice of appeal from potential new counsel is due by 13 March 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 February 2019