**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MILDRED CROWDER as Personal**
**Representative of the ESTATE OF**
**TIMOTHY JOHNSON, deceased**                                         **PLAINTIFF**

**v.**                                    **No. 3:18-CV-00131**

**CITY OF MANILA, ARKANSAS,**
**JARED CAMP, individually, and**
**JACKIE HILL, individually**                                        **DEFENDANTS**

**ORDER**

    Before the Court is the Joint Report of Discovery Dispute filed by all Defendants (Doc. No. 54) and Response in Opposition to Doc. No. 54 filed by Plaintiff (Doc. No. 56). Judge Marshall ordered the Plaintiff to provide the medical authorizations no later than December 10, 2021. (Doc. No. 55). Plaintiff filed a Motion for more definite statement asking the Court which authorizations were required (Doc. No. 57), Judge Marshall further clarified "[t]he Court intended to require all the requested authorizations plural." (Doc. No. 62).

    After hearing arguments of counsel, Judge Marshall's Order requiring Plaintiff to provide Defendant with all the requested medical authorizations stands. (Doc. No. 55). The Court understands that counsel for Plaintiff has had difficulty communicating with all beneficiaries, thus without objection from Defendant, the deadline is extended. Plaintiff has until Monday, December 13, 2021, at 5:00 PM to provide Defendant with signed medical authorizations for the remaining statutory beneficiaries.

    IT IS SO ORDERED this 8th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE