IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MILDRED CROWDER, as Personal
Representative of the Estate of
Timothy Johnson, Deceased                                          PLAINTIFF

v.                    No. 3:18-cv-131-DPM

CITY OF MANILA, ARKANSAS;
JARED CAMP, Individually; and
JACKIE HILL, Individually                                         DEFENDANTS

## JUDGMENT

Crowder's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2023